# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON DEJON ALEXANDER,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>A. CORTESE, et al.<br><br>　　　　　　Defendants. | CASE NO.: 2:18-cv-5840-MWF (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation of the United States Magistrate Judge and any other pertinent records. The time for Plaintiff to file objections has passed with none filed. The Court thus concurs with and accepts the findings and conclusions in the Report and Recommendation.

　　　　Defendants' Motion for Summary Judgment is GRANTED, and Plaintiff's Motion for Summary Judgment is DENIED. Judgment dismissing this action with prejudice will be entered accordingly.

　　　　**IT IS SO ORDERED.**

DATED: August 23, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge