JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEPHON DEJON ALEXANDER,

Plaintiff,

v.

A. CORTESE, et al.

Defendants.

CASE NO.: 2:18-cv-5840-MWF (SK)

**JUDGMENT**

Pursuant to the Order Accepting the Report and Recommendation to Grant Defendants' Motion for Summary Judgment, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED:  August 23, 2021

MICHAEL W. FITZGERALD
United States District Judge